**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ADRIANA ANAILY LUNA-OJEDA,** *individually, and a/n/f M.A., minor* | § § § § § § | |
| **Plaintiff,** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 5:25-CV-00175** |
| **CENOBIO VICENCIO,** *et al.*, | § § § | |
| **Defendants.** | § § § | |

## ORDER

Before the Court is Plaintiff's Proposed Settlement Release and Indemnification Agreement and Memorandum in Support of Approval. (Dkts. 19, 21.) After the United States Magistrate Judge Brian C. Bajew held a hearing, he issued a Report and Recommendation. (Min. Entry for Jun. 9, 2026; Dkt. 23.) The Report recommends that the Court should approve the proposed settlement agreement as it pertains to minor Plaintiff M.A. (Min. Entry for Jun. 9, 2026; Dkt. 23 at 1.) Additionally, the Parties waived their right to object to the Report and Recommendation and requested that the Court accept the findings and recommendations in the Report. (Min. Entry for Jun. 9, 2026; Dkt. 23 at 5.)

Having reviewed the memorandum, the proposed settlement agreement, and the Report, the Court **FINDS** that the Magistrate Judge's findings of fact and conclusions of law are correct and **ADOPTS** the Report's recommendation, (Dkt. 23). The Court **GRANTS** Plaintiff's Memorandum in Support of Approval, (Dkt. 19) and **APPROVE**S the proposed settlement agreement as it pertains to Minor Plaintiff M.A., (Dkt. 21). The Court further **DISCHARGES**

1 / 2

Adriana Arce-Flores from her duties as guardian ad litem in this case. Finally, the Court **ORDERS** that Defendants pay Ms. Arce-Flores the amount of $2,250.00, to be assessed as taxable costs of court against Defendants.

IT IS SO ORDERED.

SIGNED this July 8, 2026.

Diana Saldaña
United States District Judge